

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-15-2005

# USA v. Cooper

Precedential or Non-Precedential: Precedential

Docket No. 04-1334

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"USA v. Cooper" (2005). *2005 Decisions.* Paper 1505.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/1505

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

February 10, 2005

**No.** 04-1334

UNITED STATES OF AMERICA
v.
SARUN COOPER, Appellant
(M.D. of P.A. Criminal No. 03-cr-00226)

**Present:**     NYGAARD, ROSENN, and BECKER,  <u>CIRCUIT JUDGES.</u>

1. Motion by Appellee to Amend Note 2 of Slip Opinion

|  |  |
|---|---|
|  | _/s/ Chanel R. Graham |
| **Opinion & Judgment entered 1/26/05** | Chanel R. Graham   267-299-4955 |
| **Mandate due to issue 2/17/05** | Case Manager |

**O R D E R**

It is ordered that note 2 of the slip opinion is amended by revising the last sentence to read as follows:

> Cooper having been ordered to submit her DNA sample prior to October 30,
> 2004, however, the amendment does not affect the disposition of this case.

**By the Court,**

**/s/ MAX ROSENN**
**Circuit Judge**

Dated: February 15, 2005
CRG/cc: Ronald A. Krauss, Esq.
     Lori J. Ulrich, Esq.
     Theodore B. Smith III, Esq.